826

No. 174. O. Henry Tent & Awning Co. *v.* Commonwealth Insurance Co. of New York et al. C. A. 7th Cir. Certiorari denied. *Morris A. Haft* for petitioner. *Donald N. Clausen, Herbert W. Hirsh* and *John P. Gorman* for respondents.

No. 169. Pacific Electric Railway Co. *v.* Thayer. Supreme Court of California. Certiorari denied. *George L. Buland, Albert T. Suter* and *Walt A. Steiger* for petitioner.

No. 171. City of Miami Beach et al. *v.* Dade County. Supreme Court of Florida. Certiorari denied. *Harry Zukernick* for petitioners.

No. 172. Quality Molding Co. *v.* American National Fire Insurance Co. et al. C. A. 7th Cir. Certiorari denied. *Alvin G. Hubbard* and *Reese Hubbard* for petitioner. *John P. Gorman* for respondents.

No. 177. Plum *v.* Tampax, Inc. Supreme Court of Pennsylvania. Certiorari denied. *Wallace D. Newcomb* for petitioner. *Henry W. Sawyer III* for respondent.

No. 182. Geuder, Paeschke & Frey Co. *v.* Clark et al. C. A. 7th Cir. Certiorari denied. *Maxwell H. Herriott* for petitioner. *Andrew E. Cárlsen* for respondents.

No. 181. Finn Equipment Co. *v.* Tracy. C. A. 6th Cir. Certiorari denied. *J. H. Doughty* for petitioner. *Foster D. Arnett* for respondent.